IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv304

| | |
|---|---|
| TODD WILSON SHORT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>STEVEN D. COGBURN, individually )<br>and as Clerk of Superior Court of the )<br>North Carolina Unified Court System, )<br>et al., )<br>)<br>Defendants. )<br>) | |

Pending before the Court are Plaintiff's Motion to Amend [# 12], Motion to Amend [# 13], and Motion to Seal [# 14]. Plaintiff, who is proceeding *pro se*, filed his First Amended Complaint on December 8, 2011. The next day, Plaintiff filed two Motions to Amend, requesting that the Court allow him to correct two omissions he made when filing the First Amended Complaint. Plaintiff seeks leave to remove several paragraphs from the First Amended Complaint [# 12] and to attach an exhibit he accidently omitted [# 13]. Finally, Plaintiff moves pursuant to Local Rule 6.1 to seal the exhibit he seeks to attach to the First Amended Complaint. None of the Defendants have responded to the First Amended Complaint.

Upon a review of the record in this case and the Plaintiff's motions, the Court **GRANTS** the motions [# 12, # 13, # 14.]. The Court **GRANTS** Plaintiff leave under Rule 15 of the Federal Rules of Civil Procedure to file a Second Amended Complaint. The Second Amended Complaint should delete those portions of the First Amended Complaint that Plaintiff included by accident and should attach the omitted document as an exhibit. In addition, the Court **GRANTS** Plaintiff leave to file this exhibit under seal. In filing the Second Amended Complaint, Plaintiff should ensure that it includes all the intended factual allegations and exhibits. Plaintiff shall have until December 23, 2011, to file the Second Amended Complaint.

Signed: December 13, 2011

Dennis L. Howell
United States Magistrate Judge