THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv304

| | |
|---|---|
| TODD WILSON SHORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| STEVEN D. COGBURN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Voluntary Dismissal Without Prejudice, or, Alternatively to Allow Next Friend to Join Action and Respond to the Motions to Dismiss [Doc. 32], filed January 30, 2012.

Upon review of the Plaintiff's motion, the Court concludes that the motion to dismiss should be allowed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Voluntary Dismissal Without Prejudice [Doc. 32] is **ALLOWED**, and the Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the alternative relief sought in the Plaintiff's Motion [Doc. 32] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Objection and Motion to Dismiss filed on behalf of Defendants Cogburn, Case and Smith [Doc. 25]; Plaintiff's Motion for Leave to File Third Amended Complaint [Doc. 27]; Plaintiff's Unopposed Motion for an Extension of Time to Respond to Motion to Dismiss [Doc. 28]; and Plaintiff's Renewed Motion for an Extension of Time to Respond to Motion to Dismiss [Doc. 29] are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: January 31, 2012

Martin Reidinger
United States District Judge